**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**BRIAN HEATH GOMEZ**                                                                    **PETITIONER**

**v.**                                                **CIVIL ACTION NO. 1:23-cv-73-TBM-RPM**

**HARRISON COUNTY, MISSISSIPPI, *et al.***                             **RESPONDENTS**

**<u>FINAL JUDGMENT</u>**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this Petition for habeas relief filed pursuant to 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE. Any claims for habeas relief under 28 U.S.C. § 2254 are DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 10th day of August, 2023.

                                          TAYLOR B. McNEEL
                                 UNITED STATES DISTRICT JUDGE